# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124 Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

**MEMO ENDORSED**

Susanne Brody
*Attorney-in-Charge
White Plains*

Via E-mail and ECF

June 24, 2020

Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    United States v. Omar Figueroa
             20 cr 00170 (KMK)

Dear Honorable Karas:

    I hope this letter finds you well. I am writing regarding Mr. Omar Figueroa, who is currently scheduled to be sentenced on July 8, 2020. I am writing to ask that Mr. Figueroa's sentencing be delayed until a later date, ideally in September. An adjournment is appropriate to enable Mr. Figueroa to be sentenced in person, and to allow Probation to finalize the pre-sentence report. I have spoken to AUSA Nicholas Bradley, and he does not object to this request.

    Thank you very much for your consideration.

Sincerely,

Benjamin Gold
Assistant Federal Defender

cc:    AUSA Nicholas Bradley (Nicholas.Bradley2@usdoj.gov)
       Omar Figueroa

*Granted. The sentence will go forward on September 22, 2020 at 11:00 Am*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
6/29/2020