# Federal Defenders
## OF NEW YORK, INC.

81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

Southern District

**MEMO ENDORSED**

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

<u>Via E-mail and ECF</u>

August 25, 2020

The Honorable Kenneth M. Karas
District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:   U.S. v. Omar Figueroa
             20-CR-170 (KMK)

Dear Honorable Karas:

    I hope you are well. I am writing in regard to Omar Figueroa and to ask that the terms of his release be modified for one day to allow Mr. Figueroa to attend his twin-sister's wedding on Thursday, August 25, 2020. As background, Mr. Figueroa has been subject to home incarceration since his release in September of 2019.[1]

    On Thursday, August 27th, Mr. Figueroa's twin sister, Nicole Figueroa, is getting married. The ceremony will be very small – only 15 people are expected to attend.[2] The ceremony will take place at noon inside Nicole Figueroa's home in Queens. After the ceremony, the group will go to a nearby restaurant for brunch and then return to Ms. Figueroa's home for board games[3] and light snacks. While the board games portion of the festivities will last until midnight, Mr. Figueroa is only asking for permission to stay at his sister's until 8:00pm.

---

[1] On January 3, 2020, the terms of Mr. Figueroa's home-incarceration was modified to permit him to go to work, but the COVID-19 pandemic has prevented Mr. Figueroa from working since March.

[2] This gathering is permitted under New York's COVID-19 guidelines. New York City is currently in "Phase Four" of re-opening. According to the Department of Health, "Social Gatherings of 50 People and indoor religious gatherings at 33 Percent capacity are allowed in Phase Four." See https://forward.ny.gov/reopening-what-you-need-know.

[3] The wedding invitation describes this as "Game Night." I have provided a copy of this wedding invitation to both AUSA Nicholas Bradley and Pre-Trial Officer Bernisa Mejia.

I have reached out to Pre-Trial Officer Bernisa Mejia. Officer Mejia explained that she had no objection to this request because "this is a one-time event & the defendant continues to maintain full compliance with his release conditions." I have also reached out to AUSA Nicholas Bradley and he does not object to this request.

Thank you for your consideration.

Respectfully,

Application is granted on the assumption that counsel meant to ask for the bail modification to be for Thursday, August 27, 2020. Also, who is Gina?

So Ordered.

*[signature]* 8/25/20

Benjamin Gold
Assistant Federal Defender

cc:   AUSA Nicholas Bradley
      Pre-Trial Officer Bernisa Mejia