# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124 Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

**MEMO ENDORSED**

Via E-mail and ECF

September 9, 2020

Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Re: United States v. Omar Figueroa
> 20 cr 00170 (KMK)

Dear Honorable Karas:

I hope this letter finds you well. I am writing in regard to Mr. Omar Figueroa, who is currently scheduled to be sentenced on September 22, 2020. I am writing to ask that Mr. Figueroa's sentencing be delayed to a date in late October. This adjournment will enable me to get additional records regarding Mr. Figueroa, including his employment records which have been requested but have not yet been received. I have spoken to AUSA Nicholas Bradley, and he does not object to this request.

Thank you very much for your consideration.

*Granted. The Court will hold a sentence on October 30, 2020 at 11:30 AM*
**SO ORDERED**
KENNETH M. KARAS U.S.D.J.
9/26/2020

Sincerely,

Benjamin Gold
Assistant Federal Defender

cc: AUSA Nicholas Bradley (Nicholas.Bradley2@usdoj.gov)
Omar Figueroa